## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LAWRENCE JOSEPH JEFFERSON, | * | |
| | * | CIVIL ACTION FILE NO. |
| Petitioner, | * | 1:96-CV-989-CC |
| | * | |
| v. | * | |
| | * | |
| William Terry, Warden, | * | |
| | * | |
| Respondent. | * | |

## NOTICE OF APPEAL

COMES NOW Respondent, William Terry, by and through undersigned counsel, and provides notice pursuant to 28 U.S.C. § 2107 and 2253, the Federal Rules of Appellate Procedure, and all other applicable statues, rules and authority, that he hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment of the United States District Court for the Northern District of Georgia, Atlanta, Division, entered on May 10, 2007, granting in part and denying in part Petitioner's Corrected Amended Petition for Writ of Habeas Corpus.

Respondent appeals from that portion of the district court order granting federal habeas corpus relief to Petitioner as to his claim that trial counsel was ineffective during the penalty phase of trial and it is from this portion of the order granting relief to Petitioner.

## CONCLUSION

Wherefore, for all of the above and foregoing reasons,

Respondent prays that this notice of appeal be filed on behalf

Respondent, in this Court.

Respectfully submitted,

THURBERT E. BAKER                       033887
Attorney General

MARY BETH WESTMORELAND                  750150
Deputy Attorney General


_s/Susan Boleyn _____
SUSAN V. BOLEYN                         065850
Senior Assistant Attorney General

Please serve:

SUSAN V. BOLEYN
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 656-3397
Facsimile:  (404) 651-6459

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing NOTICE OF APPEAL, prior to filing the same, by depositing a copy thereof, postage prepaid, in the United States mail, properly addressed upon:

>       John R. Martin
>       Martin Brothers
>       500 The Grant Building
>       44 Broad Street, N.W.
>       Atlanta, Georgia 30303
>
>       Suzanne Hashimi
>       Federal Defender Program, Inc.
>       The Equitable Building, Suite 200
>       100 Peachtree Street, N.W.
>       Atlanta, Georgia 30303
>
>       Honorable Clarence Cooper
>       United States District Court
>       Northern District of Georgia
>       1721 U. S. Courthouse
>       75 Spring Street, S.W.
>       Atlanta, Georgia 30303-3361

This 29th day of May, 2007.

>       _s/Susan Boleyn_____
>       SUSAN V. BOLEYN
>       Senior Assistant Attorney General