# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

*[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, SEP 14 2009, JAMES N. HATTEN, Clerk, By: _____]*

September 10, 2009

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 07-12502-P**
Case Style: Lawrence Joseph Jefferson v. Hilton Hall
District Court Number: 96-00989 CV-CC

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: 9 folders & 1 box
    Original record on appeal or review, consisting of: 13 volumes (volume #7 sealed)

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6200

Encl.

MDT-1 (06/2006)