```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

LAWRENCE JOSEPH JEFFERSON        CIVIL ACTION NO.

  vs.                              1:96-CV-989-CC

WARDEN WILLIAM TERRY


### JUDGMENT

The petition for a writ of habeas corpus having come before the Court, Honorable Clarence Cooper, United States District Judge, upon remand from the United States Court of Appeals for the 11th Circuit with instructions to reinstate petitioner's original sentence, it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus be, and the same hereby is denied and petitioner's original sentence of death is REINSTATED.

Dated at Atlanta, Georgia, this 3rd day of NOVEMBER, 2009.


                                    JAMES N. HATTEN
                                    CLERK OF COURT

                                    By: *s/ Patsy L. Springs*
                                        Patsy L. Springs
                                      Deputy Clerk